IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK G. ALVEREZ,

    Petitioner,                    No. CIV 09-cv-3163-JAM-JFM

    vs.

MICHAEL MARTEL,

    Respondent.                  <u>ORDER TO SHOW CAUSE</u>

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 1, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's February 1, 2010 motion to dismiss should not be granted.

DATED: March 25, 2010.

UNITED STATES MAGISTRATE JUDGE

014;alve3163.46.hab

1